UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | CASE NO. 3:10-cv-00152 Judge Trauger |
| GUARDIAN HOME CARE HOLDINGS, INC. and GUARDIAN HOME CARE OF NASHVILLE, LLC, | ) ) ) ) | |
| Defendants | ) ) | |

## STIPULATION OF DISMISSAL

The parties have reached a settlement in this matter. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff agrees to dismiss this cause of action with prejudice. The parties, therefore, respectfully request that an Order be entered dismissing this case with prejudice.

Respectfully submitted,

M. PATRICIA SMITH (BPR No. 371708)
Solicitor of Labor

STANLEY E. KEEN (BPR No. 410642)
Regional Solicitor

THERESA BALL (BPR No. 002526)
Associate Regional Solicitor

s/Dianna Baker Shew (with permission)
DIANNA BAKER SHEW (BPR No. 12793)
DONNA L. ROBERTS (BPR No. 22249)
Attorneys for Defendants
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 244-5200
Fax: (615) 742-0714
dianna.shew@stites.com
donna.roberts@stites.com

s/Marty Turner
MARTY TURNER (BPR No. 18977)
Attorney
U. S. Department of Labor
Office of the Solicitor
618 Church Street, Suite 1800
Nashville, TN 37219
Telephone: (615) 781-5330 Ext. 242
Fax: (615) 781-5321
turner.marty@dol.gov

## CERTIFICATE OF SERVICE

I hereby certify that on **June 29, 2010**, a copy of the foregoing Stipulation of Dismissal was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon Plaintiff's counsel as indicated below. Parties may also access this filing through the Court's ECF system.

*Served electronically via CM/ECF system:*

> Dianna Baker Shew (BPR No. 12793)
> Donna L. Roberts (BPR No. 22249)
> Stites & Harbison, PLLC
> 401 Commerce Street, Suite 800
> Nashville, TN 37219
> Tel: (615) 244-5200
> Fax: (615) 742-0714
> dianna.shew@stites.com

> *s/Marty Turner*
> MARTY TURNER (BPR No. 18977)
> Attorney
> U. S. Department of Labor
> Office of the Solicitor
> 618 Church Street, Suite 230
> Nashville, TN 37219
> Telephone: (615) 781-5330 Ext. 242
> Fax: (615) 781-5321
> turner.marty@dol.gov